UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARREN WILLIAMS                                CIVIL ACTION

VERSUS                                         NO: 07-4148

N. BURL CAIN, WARDEN                           SECTION "J"(6)

**O R D E R**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and petitioner's **Objections** to the Magistrate's Report and Recommendation (Rec. Doc. 13), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Accordingly;

**IT IS ORDERED** that petitioner's **Objections** (Rec. Doc. 13) should be and are hereby **OVERRULED**;

**IT IS FURTHER ORDERED** that petitioner's **Petition for Writ of**

**Habeas Corpus (Rec. Doc. 4)** should be and is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana this  28th  day of   January  , 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE